# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -01365(1) |
| | § |
| (1) Ikechukwu George Nwafor | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 06, 2022** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title **19** United States Code, Section(s) **1459(a)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On June 6, 2022, defendant, Ikechukwu NWAFOR, a National of Niger, entered the United States illegally by wading across the Rio Grande River from Mexico to Del Rio, Texas and failed to report to immigration officials at an official Port of Entry to avoid scrutiny by officers at the Port of Entry. Defendant was apprehended shortly after crossing the Rio Grande River and provided a sworn statement to Immigration Officials in which he admitted

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Pena, Luis A
Border Patrol Agent

06/09/2022                                             at   DEL RIO, Texas
File Date                                                   City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                              Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -01365(1)

(1) Ikechukwu George Nwafor

**Continuation of Statement of Facts:**

that he entered the United States illegally. Defendant was apprehended on June 6, 2022, in Del Rio, Texas located in the Western District of Texas."

_____  _____
Signature of Judicial Officer   Signature of Complainant