# United States District Courts

WESTERN DISTRICT OF TEXAS

United States of America            **WARRANT FOR ARREST**

v.

(1) Ikechukwu George Nwafor      Case Number: DR:22-M -01365(1)

**To: The United States Marshal**
    **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     (1) Ikechukwu George Nwafor
                                                                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment    [ ] Information    [X] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

charging him or her with (brief description)

*On June 6, 2022, defendant, Ikechukwu NWAFOR, a National of Niger, entered the United States illegally by wading across the Rio Grande River from Mexico to Del Rio, Texas and failed to report to immigration officials at an official Port of Entry to avoid scrutiny by officers at the Port of Entry. Defendant was apprehended shortly after crossing the Rio Grande River and provided a sworn statement to Immigration Officials in which he admitted that he entered the United States illegally. Defendant was apprehended on June 6, 2022, in Del Rio, Texas located in the Western District of Texas.*

in violation of Title    **19**    United States Code, Section(s)    **1459(a)**

VICTOR ROBERTO GARCIA            UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                             Title of Issuing Officer

                                                        June, 09, 2022 DEL RIO, Texas
Signature of Issuing Officer                         Date and Location

Bail Fixed at $ _____ by _____
                                                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>June 09, 2022 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>June 06, 2022 | Pena, Luis A<br>Border Patrol Agent | |